UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BETTY JEAN GEEL, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:12-cv-377 |
| v. ) | |
| ) | Judge Mattice |
| MICHAEL J. ASTRUE, *Commissioner of* ) | Magistrate Judge Carter |
| *Social Security*, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

On July 9, 2013, United States Magistrate Judge William B. Carter filed a Report and Recommendation ["R&R"] (Doc. 14) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that: Plaintiff's Motion for Judgment on the Pleadings be denied; Defendant's Motion for Summary Judgment be granted; and the Commissioner's decision be affirmed.

Plaintiff has filed no objections to the Magistrate Judge's R&R.[1] After careful consideration and *de novo* review, the Court accepts Magistrate Judge Carter's recommendations based upon the rationale articulated in the well-reasoned R&R.

Accordingly, the Court **ACCEPTS** Magistrate Judge Carter's findings of fact and conclusions of law articulated in his R&R, which is **ADOPTED** in whole.

---

[1] Magistrate Judge Carter specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 14 at 24 n.4); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Plaintiff's Motion for Judgment on the pleadings (Doc. 10) is **DENIED**. Defendant's Motion for Summary Judgment (Doc. 12) is **GRANTED**. The Commissioner's decision denying benefits is hereby **AFFIRMED**.

The Clerk of Court is **DIRECTED** to enter a separate judgment in accordance with Fed. R. Civ. P. 58 and, thereafter, close this case.

**SO ORDERED** this 29th day of July, 2012.

> _/s/ Harry S. Mattice, Jr._
> HARRY S. MATTICE, JR.
> UNITED STATES DISTRICT JUDGE